IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                                  CASE NO.: 1:06cr9-SPM/AK

MILES L. WORKMAN,

     Defendant.
_____/

## ORDER ADVANCING SENTENCING HEARING

Upon consideration, Defendant's unopposed Motion to Advance Sentencing (doc. 33) is granted. Sentencing is reset for 10:00 a.m. on August 4, 2006.

DONE AND ORDERED this 31st day of July, 2006.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        United States District Judge